IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JOHN B. ROBERTS, an individual | ) | |
| | ) | |
| Plaintiff, | ) | NO. C05-5476JKA |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF TACOMA, a municipal | ) | |
| Governmental entity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(1)(ii) the parties jointly

stipulate and request that the above action be DISMISSED WITH PREJUDICE,

with each party to bear their own costs and attorneys' fees.


Dated:_____     Signed:_____
                            JOAN MELL, WSBA #21319
                            Attorney for the Plaintiff
                            Miller Quinlan & Auter
                            1019 Regents Blvd Ste 204
                            Fircrest, WA 98466-6037
                            (253) 565-5019



Dated:_____     Signed:_____
                            CHERYL CARLSON, WSBA #15914
                            Assistant City Attorney
                            Attorney for the Defendant
                            Office of the City Attorney
                            747 Market Street, Rm #1120
                            Tacoma, WA 98402
                            (253) 591-5632

## <u>ORDER</u>

AND NOW, this 26th day of September 2006, upon the parties' joint stipulation and request and pursuant to Federal Rule of Civil Procedure 41, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

BY THE COURT:

*<u>/s/ J. Kelley Arnold</u>*
THE HONORABLE J. KELLEY ARNOLD
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ELIZABETH A. PAULI, Acting City Atty.

_____
CHERYL F. CARLSON, WSB #15914
Assistant City Attorney
Of Attorneys for Defendants

Approved as to Form:

MILLER QUINLAN & AUTER

By_____
    JOAN K. MELL, WSB #21319
    Of Attorneys for Plaintiff

STIPULATION AND ORDER
OF DISMISSAL - 2 of 2